## Commonwealth *v.* Iliff, Appellant.

Argued November 12, 1969. *Michael J. Wherry,* for appellant; *Robert F. Banks,* Assistant Dis-

754

trict Attorney, with him *Edward M. Bell*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.